# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130175(18)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GARY MICHAEL NORTHINGTON,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130175
COA: 266115
Monroe CC: 87-021623-FC

      On order of the Court, the motion for reconsideration of this Court's order of April 28, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

Clerk

p0619